IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARAMAG,<br><br>          Plaintiff,<br><br>   v.<br><br>WASHINGTON MUTUAL BANK FA, a Business Entity form unknown; FIDELITY NATIONAL TITLE GROUP, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Business Entity, form unknown; Fidelity National Title Company; and DOES 1-20 inclusive,<br><br>          Defendants.<br>_____/ | No. C 10-04334 CW<br><br>ORDER REQUIRING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (Docket No. 13) |

     On November 3, 2010, Defendant Fidelity National Title Company (FNTC) moved to dismiss Plaintiff's complaint.  Docket No. 13.  A hearing on the motion was set for December 16, 2010.  Pursuant to Local Rule 7-3 of this Court, Plaintiff's opposition to this motion was due on November 29, 2010.  Thus far, Plaintiff has failed to file any opposition.

     The Court orders Plaintiff to respond to Defendant's motion to dismiss by December 8, 2010, or his lawsuit may be dismissed for failure to prosecute.  Defendant's reply is due December 30, 2010. The hearing scheduled for December 16, 2010 is vacated.

     IT IS SO ORDERED.

Dated <u>12/1/2010</u>                                   _____
                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DON MARAMAG,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK et al,

    Defendant.

Case Number: CV10-04334 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Maramag
6 Eisenhower Court
American Canyon, CA 94503

Dated: December 1, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2