IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARAMAG, | No. 10-04334 CW |
| Plaintiff, | ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO PROSECUTE |
| v. | |
| WASHINGTON MUTUAL BANK FA, et al., | |
| Defendants. | |

On November 3, 2010, Defendant Fidelity National Title Company (FNTC) moved to dismiss the claims against it that were alleged in Plaintiff Don Maramag's complaint. In the Court's Order of December 1, 2010, Plaintiff was warned that his claims against FNTC would be dismissed for failure to prosecute if he failed to file an opposition to FNTC's motion by December 8, 2010. Plaintiff did not file an opposition.

Accordingly, Plaintiff's claims against FNTC are dismissed without prejudice for failure to prosecute. FNTC's motion is DENIED as moot. (Docket No. 13.)

IT IS SO ORDERED.

Dated: 12/13/2010

CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DON MARAMAG,

    Plaintiff,

v.

WASHINGTON MUTUAL BANK et al,

    Defendant.

Case Number: CV10-04334 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Maramag
6 Eisenhower Court
American Canyon, CA 94503

Dated: December 13, 2010

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2