IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON MARAMAG, | No. 10-04334 CW |
|     Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
|   v. | |
| WASHINGTON MUTUAL BANK, et al., | |
|     Defendants. | |

On January 24, 2011, the Court issued an Order for Proper Service in which it noted that Plaintiff had not properly served Defendants and explained how to serve them properly.  The Court allowed Plaintiff additional time to serve Defendants and ordered that Plaintiff file proofs of service showing that he properly served Defendants by February 28, 2011 or his case would be dismissed without prejudice for failure to prosecute.

As of the date of this Order, Plaintiff has not filed the required proofs of service.  Therefore, his case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: 3/4/2011

                                                CLAUDIA WILKEN
                                                United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DON MARAMAG,

        Plaintiff,

v.

WASHINGTON MUTUAL BANK et al,

        Defendant.

Case Number: CV10-04334 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don Maramag
6 Eisenhower Court
American Canyon, CA 94503

Dated: March 4, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk